Gregory J. Bevelock
LAW OFFICES OF GREGORY J. BEVELOCK, LLC
12 Main Street, Suite 2
Madison, NJ 07940
(973) 845-2999

OF COUNSEL:
Paul H. Berghoff
James C. Gumina
Andrew W. Williams
McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois  60606
(312) 913-0001

*Attorneys for Plaintiffs*
*Merck, Sharp & Dohme Corp.,*
*Bristol-Myers Squibb Company,*
*and Bristol-Myers Squibb Pharma Co.*
.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK, SHARP & DOHME CORP., BRISTOL-MYERS SQUIBB COMPANY, and BRISTOL-MYERS SQUIBB PHARMA CO., <br><br> Plaintiffs, <br> v. <br><br> HETERO USA INC., and HETERO LABS LIMITED UNIT-III, <br><br><br> Defendants. | Civil Action No. <br><br><br><br> **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** |

Plaintiff Merck, Sharp & Dohme Corp. ("Merck"), by its attorneys, makes the following disclosure statement pursuant to Fed. R. Civ. P. 7.1:

Plaintiff Merck is a subsidiary of Merck & Co., Inc., which owns 10% or more of Merck's stock.

November 16, 2015				RESPECTFULLY SUBMITTED,


					By: *s/ Gregory J. Bevelock*
					Gregory J. Bevelock, Esq.
					**LAW OFFICES OF GREGORY J. BEVELOCK, LLC**
					12 Main Street, Suite 2
					Madison, NJ 07940
					(973) 845-2999


OF COUNSEL:
Paul H. Berghoff
James C. Gumina
Andrew W. Williams
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois  60606
(312) 913-0001

2868701-01