**Exhibit A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK, SHARP & DOHME CORP., BRISTOL-MYERS SQUIBB COMPANY, and BRISTOL-MYERS SQUIBB PHARMA CO., <br><br> Plaintiffs, <br><br> v. <br><br> HETERO USA INC., and HETERO LABS LIMITED UNIT-III, <br><br> Defendants. | Civ. Action No. 2:15-cv-08099-CCC-MF |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Merck Sharp & Dohme Corp., Bristol-Myers Squibb Company and Bristol-Myers Squibb Pharma Co., and Defendants Hetero USA, Inc. and Hetero Labs Limited Unit-III, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

| LAW OFFICES OF GREGORY J. BEVELOCK, LLC | HETERO USA, INC. AND HETERO LABS LIMITED UNIT-III |
|---|---|
| *signature* | *signature* |
| Gregory J. Bevelock, Esq.<br>Law Offices of Gregory J. Bevelock, LLC<br>12 Main Street, Suite 2<br>Madison, New Jersey 07904<br>Tel: (973) 845-2999 | Seshu Akula<br>Hetero USA, Inc.<br>1035 Centennial Avenue<br>Piscataway, NJ 08854<br>Tel: (732) 529-0422 |
| *Attorney for Plaintiffs* | *For Defendants* |
| Dated: Jan. 8, 2016 | Dated: _____, 2016 |

The Clerk of the Court is directed to enter this Stipulation and Order forthwith.

**SO ORDERED:**

This 11th day of Jan., 2016.

_____
HON. CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE